## IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, MARYLAND

| | |
|---|---|
| SHARON BAUER and RICHARD JURGENA,  )<br>  )<br>Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>MARC ELRICH, in his official capacity  )<br>as Montgomery County Executive,  )<br>  )<br>and  )<br>  )<br>RAYMOND L. CROWEL, in his official  )<br>capacity as Director of Montgomery County  )<br>Department of Health and Human Services,  )<br>  )<br>Defendants.  )<br>_____ ) | Civil Action No. |

## MOTION FOR SPECIAL ADMISSION OF
## OUT-OF-STATE ATTORNEY UNDER RULE 19-217

I, Eric W. Lee, attorney of record in this case, move for the Court to admit Michael Bekesha of Judicial Watch, Inc., 425 Third Street S.W., Suite 800, Washington, D.C. 20024, an out-of-state attorney who is a member in good standing of the Bars of the Commonwealth of Massachusetts and the District of Columbia for the limited purpose of appearing and participating in this case as co-counsel with me.

A check in the amount of $100.00 for the fee required by Code, Courts and Judicial Proceedings Article § 7-202 is included with this motion.

The certification required by Rule 19-217(b) is also included with this motion.

I do not request that my presence be waived pursuant to Rule 19-217(d).

Dated: May 8, 2020                                   Respectfully submitted,

/s/ Eric W. Lee
Eric W. Lee (MD Bar No. 1612140001)
JUDICIAL WATCH, INC.
425 Third Street S.W., Suite 800
Washington, DC 20024
Tel: (202) 646-0008
Email: elee@judicialwatch.org

*Counsel for Plaintiffs*

## IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, MARYLAND

| | |
|---|---|
| SHARON BAUER and RICHARD JURGENA, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MARC ELRICH, in his official capacity )<br>as Montgomery County Executive, )<br>)<br>and )<br>)<br>RAYMOND L. CROWEL, in his official )<br>capacity as Director of Montgomery County )<br>Department of Health and Human Services, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. |

### Certificate as to Special Admissions

I, Michael Bekesha, certify on this 7th day of May 2020, that during the preceding twelve months, I have been specially admitted in the State of Maryland one time.

Dated: May 8, 2020                    Respectfully submitted,

/s/ Michael Bekesha
Michael Bekesha
Judicial Watch, Inc.
425 Third Street, S.W., Suite 800
Washington, DC 20024
(202) 646-5172
mbekesha@judicialwatch.org

## CERTIFICATE OF SERVICE

I certify that, on this 8th day of May 2020, a copy of **PLAINTIFF'S MOTION FOR SPECIAL ADMISSION OF OUT-OF-STATE ATTORNEY UNDER RULE 19-217** was served by electronic mail and overnight Federal Express on:

Montgomery County Attorney
101 Monroe St., 3rd Floor
Executive Office Building
Rockville, MD 20850
mcgatty@montgomerycountymd.gov

                                              /s/ Michael Bekesha
                                              Michael Bekesha