# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SHARON BAUER, ET AL. | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Civil Action No. 8:20-cv-1212 PJM |
| | * | MCCC Civil No. 482061V |
| MARC ELRICH, ET AL. | * | |
| | * | |
| Defendants | * | |

## LINE REGARDING SUPPLEMENTATION OF ECF NO. 6, LOCAL RULE 103.5(A) COMPLIANCE

In supplementation to ECF No. 6, Local Rule 103.5(a) Compliance, attached please find a certified copy of all pleadings filed in the Circuit Court for Montgomery County, Maryland in Case No. 482061V.

Respectfully submitted,

MARC P. HANSEN
COUNTY ATTORNEY

/s/
Patricia V. Haggerty
Associate County Attorney
Federal Bar No. 18472
Patricia.Haggerty@montgomerycountymd.gov

Attorney for Defendants
101 Monroe Street, Third Floor
Rockville, Maryland 20850
(240) 777-6700

Filed: May 14, 2020