**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

PETER J. MESSITTE                                                  6500 CHERRYWOOD LANE
UNITED STATES DISTRICT JUDGE                        GREENBELT, MARYLAND 20770
                                                                                                 301-344-0632

<u>MEMORANDUM</u>

TO:           Counsel of Record

FROM:      Judge Peter J. Messitte

RE:           *Sharon Bauer, et al. v. Marc Elrich, et al.*
                 Civ. No. PJM-20-1212

DATE:      May 15, 2020

\* \* \*

This Order confirms the briefing schedule in the above captioned case as agreed upon by the parties this afternoon.

         **May 26, 2020**          Cross Motions for Summary Judgment due

         **June 5, 2020**           Oppositions to Cross Motions for Summary Judgment due

         **June 10, 2020**         Replies to Oppositions due

The briefings shall address all issues, including the Constitutional issue.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

                                                            /s/
                                            PETER J. MESSITTE
                                       UNITED STATES DISTRICT JUDGE

cc:          Court File