

## OFFICE OF THE COUNTY ATTORNEY

Marc Elrich
*County Executive*

Marc P. Hansen
*County Attorney*

May 15, 2020

Honorable Peter J. Messitte
United States District Judge
United States District Court for the
District of Maryland
6500 Cherrywood Lane
Greenbelt, Maryland 20770

Re:   *Sharon Bauer, et al. v Marc Elrich, et al.*
United States District Court for the District of Maryland
Case No. 8:20-cv-1212-PJM

Dear Judge Messitte:

It has come to our attention that the County has appropriated ten million dollars for the challenged EARP program, and that one million dollars has been disbursed as of this time.  It is anticipated that the balance of the appropriated funds will be distributed by the end of the first week of June.

Very truly yours,

/s/

Marc P. Hansen
County Attorney

cc:   Eric W.P. Lee, Esquire
Michael Bekesha, Esquire
Judicial Watch
425 Third Street, SW, Suite 800
Washington, DC 20024