# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SHARON BAUER, *et al.*<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>MARC ELRICH, *et al.*,<br><br>　　　　　　　Defendants. | Civil Action No. 8:20-cv-1212 (PJM) |

## LOCAL RULE 103.3 DISCLOSURE

　　　Pursuant to Local Rule 103.3(b), Plaintiffs Sharon Bauer and Richard Jurgena, by counsel, state as follows:

　　　No corporation, unincorporated association, partnership or other business entity, not a party to this case, has a financial interest whatsoever in the outcome of this litigation.

Dated: May 18, 2020　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　s/ *Michael Bekesha*
　　　　　　　　　　　　　　　　　　　　　　　Michael Bekesha (Admitted *Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　　　　JUDICIAL WATCH, INC.
　　　　　　　　　　　　　　　　　　　　　　　425 Third Street, S.W., Suite 800
　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20024
　　　　　　　　　　　　　　　　　　　　　　　Tel: (202) 646-5172
　　　　　　　　　　　　　　　　　　　　　　　Email: mbekesha@judicialwatch.org

　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*