

OFFICE OF THE COUNTY ATTORNEY

*Marc Elrich*
County Executive

*Marc P. Hansen*
County Attorney

May 29, 2020

The Honorable Peter J. Messitte
United States District Judge
United States District Court for the
District of Maryland
6500 Cherrywood Lane
Greenbelt, Maryland 20770

      Re:    *Sharon Bauer, et al. v Marc Elrich, et al.*
               United States District Court for the District of Maryland
               Case No. 8:20-cv-1212-PJM

Dear Judge Messitte:

The Defendants, Marc Elrich and Raymond Crowel, acting in their official capacities respectively as County Executive and Director of the Department of Health and Human Services (collectively the "Defendants"), received your Order denying Plaintiffs' Motion for a Temporary Restraining Order (ECF 34).

Your Order conditions the denial of the Temporary Restraining Order on Defendants preserving "at least twenty-five percent (25%) of the remaining EARP funds, pending further order of the Court."

Defendants accept the condition in your Order (ECF 34), and they will preserve at least 25% of the remaining EARP funds pending further order of the Court.

                                                      Very truly yours,

                                                      /s/
                                                    Marc P. Hansen
                                                    County Attorney
                                                    Montgomery County, Maryland

cc:    Eric W.P. Lee, Esquire
        Michael Bekesha, Esquire
        Judicial Watch

---

101 Monroe Street, Rockville, Maryland 20850 • Marc.Hansen@MontgomeryCountyMD.gov
MAIL 240-777-6700 • DIRECT 240-777-6740 • TTD 240-777-2545 • Fax 240-777-6706