UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

SHARON BAUER, *et al.*,

                 Plaintiffs,

   v.

MARC ELRICH in his official capacity as
Montgomery County Executive, *et al.*,

                 Defendants.

Civ. Action No. 8:20-cv-01212-PJM

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

      Defendants Marc Elrich and Raymond L. Crowel ("Defendants") through their undersigned counsel, respectfully submit this unopposed motion to extend the time by which to file their answer or otherwise respond to Plaintiffs Sharon Bauer and Richard Jurgena's ("Plaintiffs'") complaint. This is Defendants' first request for an extension of time. In support this motion, Defendants state as follows:

      1.     On May 11, 2020, Plaintiffs filed this action in the Circuit Court for Montgomery County against Defendants in their official capacities. *See* Notice of Removal, Dkt. 1, Ex. 7. Plaintiffs allege that Montgomery County's Emergency Assistance Relief Payment ("EARP") Program violates 8 U.S.C. § 1621 and seek declaratory and injunctive relief enjoining Defendants from using taxpayer monies for the program. Compl. ¶ 1-2 & p. 6. Plaintiffs moved for a temporary restraining order ("TRO") the same day. *See* Notice of Removal, Dkt. 1, Ex. 6.

      2.     Defendants were served with the Complaint on May 13, 2020. *See* Notice of Removal, Dkt. 1, Ex. 1. Under Fed. R. Civ. P. 12(a)(1)(A)(i), Defendants' responsive pleading

is currently due 21 days thereafter, which is June 3, 2020.

3. On May 13, 2020, Defendants removed the case to this Court. *See* Notice of Removal, Dkt. 1, Ex. 1.

4. On May 15, 2020, this Court held a telephonic hearing on Plaintiffs' pending TRO motion. Immediately after that hearing, the Court entered a briefing schedule for the Parties' Cross Motions for Summary Judgement. Memorandum Order to Counsel Re. Briefing Schedule, Dkt. 20. Under that schedule, the Parties' respective Motions for Summary Judgement will not be fully briefed until June 10, 2020. *See id.*

5. As the 21-day period to file a responsive pleading expires before briefing will be complete on the Parties' Motions for Summary Judgment, undersigned counsel request an extension of the deadline to file any responsive pleading until 14 days after any ruling on those motions that does not dispose of the Complaint in its entirety. Such extension would obviate the need for filings that could be rendered unnecessary by the Court's ruling, and would afford Defendants sufficient time after any adverse ruling on the Motions for Summary Judgment to fully prepare a responsive pleading to Plaintiffs' allegations.

6. Pursuant to Local Rule 105.9, counsel for Defendants conferred with Plaintiffs' counsel regarding this motion via email on May 19 and 20, 2020, and Plaintiffs' counsel stated that they do not oppose an extension until such time as the Court has ruled on the parties' Motions for Summary Judgment.

WHEREFORE, Defendants respectfully request an extension of the deadline to respond to Plaintiffs' Complaint until 14 days after the Court has ruled on the parties' Cross Motions for Summary Judgment.

Dated:  May 29, 2020                  Respectfully submitted,

                                                 s/ Alexandra Stewart

Alexandra Stewart (#19633)
Paul R.Q. Wolfson (admitted *pro hac vice*)
Catherine M.A. Carroll (admitted *pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC  20006
(202) 663-6000
alex.stewart@wilmerhale.com
paul.wolfson@wilmerhale.com
catherine.carroll@wilmerhale.com

Marc P. Hansen (#26524)
County Attorney
John P. Markovs (#7599)
Deputy County Attorney
101 Monroe Street, Third Floor
Rockville, MD  20850
(240) 777-6700
marc.hansen@montgomerycountymd.gov
john.markovs@montgomerycountymd.gov

*Counsel for Defendants*