UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**PETER J. MESSITTE**  6500 CHERRYWOOD LANE
UNITED STATES DISTRICT JUDGE  GREENBELT, MARYLAND  20770
  301-344-0632

## MEMORANDUM

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: *Sharon Bauer, et al. v. Marc Elrich, et al.*
Civ. No. PJM-20-l212

DATE: July 2, 2020

\* \* \*

The Court has received Plaintiffs' Motion for an Injunction Pending Appeal, ECF No. 48, and Defendants' Response thereto, ECF No. 50.

Without objection by Defendants, the Court **GRANTS** Plaintiffs' request that Defendants preserve undistributed fifty dollars ($50.00) of the EARP funds pending appeal.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

cc: Court File